THOMAS H. McGRAW et al., Appellants, *v.* HENRY BAGLEY et al., Respondents.

(Argued April 2, 1882; decided April 11, 1882.)

*Adelbert Moot* for appellants.

*S. C. Peck* for respondents.

Agree to affirm; no opinion.
All concur, except FINCH, J., who takes no part, and TRACY, J., absent.
Judgment affirmed.

---

DANIEL W. FORD, Assignee, etc., Appellant, *v.* THE UNION NATIONAL BANK OF ALBANY, Respondent.

(Argued March 21, 1882; decided April 11, 1882.)

*Edgar L. Fursman* for appellant.

*Samuel Hand* for respondent.

Agree to affirm; no opinion.
All concur, except ANDREWS, Ch. J., and TRACY, J., absent.
Order affirmed and judgment absolute against plaintiff.